# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3599
_____

MARIA RODGERS,

    Appellant,

    v.

LAKE PARK OF MADISON SKILLED
NURSING AND REHABILITATION
CENTER a/k/a LAKE PARK OF
MADISON SKILLED NURSING &
REHABILITATION COMMUNITY;
LAKE PARK OPERATIONS, LLC;
LAKE PARK HOLDINGS, LLC;
HEALTHTIQUE GROUP
MANAGEMENT, LLC; MAXIMUS
HEALTHCARE GROUP, LLC; LAKE
PARK MAX HOLDINGS, LLC; LAKE
PARK REALTY, LLC; MHI
HEALTHCARE, LLC; and MADISON
REAL PROPERTY VPC, LLC/
VANTAGE POINT CAPITAL,

    Appellees.
_____

On appeal from the Circuit Court for Madison County.
William R. Slaughter, Judge.

January 26, 2018


PER CURIAM.

AFFIRMED.

JAY, WINSOR, and M.K. THOMAS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————


Monica Taibl, Madison, for Appellant.

Ken Abele of Ausley McMullen, Tallahassee, for Appellees Healthtique Group Management, LLC and MHI Healthcare, LLC.

Caryn L. Bellus, Barbara E. Fox, and Brian L. Ellison of Kubicki Draper, P.A., Miami, for Appellees Lake Park of Madison Skilled Nursing and Rehabilitation Center a/k/a Lake Park of Madison Skilled Nursing & Rehabilitation Community, Lake Park Operations, LLC, Lake Park Max Holdings, LLC, Maximus Healthcare Group, LLC, Lake Park Realty, LLC and Madison Real Property VPC, LLC/Vantage Point Capital.